HERBERT GILBERT et al., Appellants, v. WORKMAN'S CIRCLE CAMP OF THE NEW YORK BRANCHES, INC., Respondent.

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

LLOYD D. JUHLIN, Respondent, v. SID HARVEY, INC., et al., Appellants.

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.